JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| ANGEL GONZALEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MATTHEW CATE, et al.,<br><br>　　　　　Defendants. | No. ED CV 12-1587-CAS (PLA)<br><br>**JUDGMENT** |

Pursuant to the Order Adopting the Magistrate Judge's Final Report and Recommendation, IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: February 4, 2014

　　　　　　　　　　　　　　　　　/s/ Christina A. Snyder
　　　　　　　　　　　　　　　　　HONORABLE CHRISTINA A. SNYDER
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE